```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 11319
    STEVEN M TADELMAN
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-2367


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 09/11/2006 and was confirmed 11/08/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 12/22/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
GMAC                         SECURED              .00          .00            .00
ROUNDUP FUNDING LLC          UNSECURED         776.29          .00         776.29
ASPIRE                       UNSECURED        1134.26          .00        1134.26
CAPITAL ONE                  UNSECURED         388.56          .00         388.56
CAPITAL ONE                  UNSECURED         561.14          .00         561.14
CAPITAL ONE                  UNSECURED         480.88          .00         480.88
CORTRUST BANK                UNSECURED         286.22          .00         286.22
CAPITAL ONE                  UNSECURED         555.65          .00         555.65
CROSS COUNTRY BANK           UNSECURED       NOT FILED         .00            .00
FCNB                         UNSECURED        1291.52          .00        1291.52
FIRST NATIONAL LCC           UNSECURED       NOT FILED         .00            .00
FIRST PREMIER BANK           UNSECURED         245.43          .00         245.43
FIRST PREMIER BANK           UNSECURED         355.35          .00         355.35
FIRST SAVINGS CREDIT CAR     UNSECURED       NOT FILED         .00            .00
FIRST NATIONAL BANK OF M     UNSECURED       NOT FILED         .00            .00
ECAST SETTLEMENT CORP        UNSECURED         470.36          .00         470.36
LEGACY VISA                  UNSECURED       NOT FILED         .00            .00
MERRICK BANK                 UNSECURED         905.09          .00         905.09
RESURGENT CAPITAL SERVIC     UNSECURED         238.21          .00         238.21
RESURGENT CAPITAL SERVIC     UNSECURED        3136.85          .00        3136.85
RESURGENT CAPITAL SERVIC     UNSECURED         648.52          .00         648.52
FELD & KORRUB LLC            DEBTOR ATTY     2,000.00                    2,000.00
TOM VAUGHN                   TRUSTEE                                       989.76
DEBTOR REFUND                REFUND                                        335.91

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                14,800.00

PRIORITY                                              .00

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 06 B 11319 STEVEN M TADELMAN
```

```
SECURED                                                                   .00
UNSECURED                                                           11,474.33
ADMINISTRATIVE                                                       2,000.00
TRUSTEE COMPENSATION                                                   989.76
DEBTOR REFUND                                                          335.91
                                      ---------------        ---------------
TOTALS                                      14,800.00              14,800.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
     Dated: 03/05/09                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```